Tanis M. Holm
Hanna M. Walter
COLTON HOLM
310 Grand Avenue
Billings, MT  59101
Telephone: (406) 259-9986
Facsimile: (406) 259-1094
E-Mail: tholm@yellowstonelaw.com
        hanna@yellowstonelaw.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TATE GETCHELL, and BENJAMIN SUN, | Case No. CV-22-101-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| JMA VENTURES, LLC, d/b/a RED LODGE MOUNTAIN RESORT, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, each party to bear its own costs and attorney's fees.

DATED this 2nd day of October, 2024.

By:    /s/ Tanis M. Holm
        Tanis M. Holm
        Hanna M. Walter
        COLTON HOLM
        *Attorneys for Plaintiff*


By:    /s/ Ian McIntosh
        Ian McIntosh
        Joe Noreña
        CROWLEY FLECK PLLP
        *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2024, a copy of the foregoing was served upon the following by the following means:

| 1, 2 | CM/ECF filing | _____ | Overnight Delivery Service |
| _____ | Hand Delivery | _____ | Facsimile |
| _____ | U.S. Mail | _____ | E-mail |

1.    Clerk, U.S. District Court

2.    Ian McIntosh
      Joe Noreña
      CROWLEY FLECK PLLP
      1915 S 19th Avenue
      P.O. Box 10969
      Bozeman, MT 59719-0969
      imcintosh@crowleyfleck.com
      jnorena@crowleyfleck.com
      *Attorney for Defendant*

By:    /s/ Tanis M. Holm
       Tanis M. Holm
       Hanna M. Walter
       COLTON HOLM
       *Attorneys for Plaintiffs*

3