IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TATE GETCHELL, and BENJAMIN SUN,<br><br>Plaintiffs,<br><br>vs.<br><br>JMA VENTURES, LLC, d/b/a RED LODGE MOUNTAIN RESORT,<br><br>Defendant. | CV 22-101-BLG-SPW<br><br>ORDER |

Upon the Stipulation to Dismiss with Prejudice (Doc. 83) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

DATED this 2nd day of October, 2024.

_____
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1